UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-CV-01441-RPM-BNB

GOTTFRIED BLAIMSCHEIN AND
IRMGARD BLAIMSCHEIN

    PLAINTIFFS

V.

BRANDON J. MUSSER AND
JAMES T. DUKE, INC.

    DEFENDANTS.

ORDER REGARDING JOINT MOTION FOR AN APPOINTMENT AND/OR ASSIGN
MAGISTRATE JUDGE BOYD BOLAND AS MEDIATOR FOR PURPOSES OF HOLDING A
SETTLEMENT/MEDIATION CONFERENCE

THIS MATTER coming on to be heard upon Joint Motion of the Parties to appoint Magistrate Judge Boyd N. Boland as a mediator in this matter for the purposes of holding a settlement/mediation conference.

IT IS HEREBY ORDERED that Magistrate Judge Boyd N. Boland to be appointed magistrate in this matter to hold a settlement/mediation conference with the Parties.

Done this _____ day of _____, 2005.

_____
JUDGE RICHARD P. MATSCH