IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01441-RPM

GOTTFRIED BLAIMSCHEIN and
IRMGARD BLAIMSCHEIN,

        Plaintiffs,

v.

BRANDON J. MUSSER and
JAMES T. DUKE, INC.,

        Defendants.

## ORDER SETTING PRETRIAL CONFERENCE

It appearing from the files and records that this case is ready to proceed to trial, it is

ORDERED that a pretrial conference is scheduled for **January 5, 2006, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/forms_frame.htm-PTO**.  In addition, the proposed Final Pretrial Order shall be submitted by E-mail to **Matsch_Chambers@cod.uscourts.gov** by December 29, 2005.

Dated: November 8th, 2005

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge