IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01441-RPM

GOTTFRIED BLAIMSCHEIN, et al.,

                    Plaintiff,

v.

BRANDON J. MUSSER, et al.,

                    Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/
M.V. Wentz
 Secretary


      The Unopposed Motion to Vacate Pretrial Conference Set for January 5, 2006, (Doc. #25) is granted and the pretrial conference is rescheduled to commence at **10:00 a.m. on January 19, 2006,** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.


Dated: November 15, 2005