IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01441-RPM

GOTTFRIED BLAIMSCHEIN and
IRMGARD BLAIMSCHEIN,

        Plaintiffs,

v.

BRANDON J. MUSSER and
JAMES T. DUKE, INC.,

        Defendants.

## ORDER SETTING TRIAL DATE

        Pursuant to the pretrial conference held today, it is

        ORDERED that this matter is set for trial to the Court on **October 30, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **http://www.cod.uscourts.gov/judges_frame.htm**.

        Dated: January 31, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge