IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01441-RPM

GOTTFRIED BLAIMSCHEIN and
IRMGARD BLAIMSCHEIN,

        Plaintiffs,

v.

JAMES T. DUKE, INC.,

        Defendants.

---

## ORDER DENYING MOTION TO STRIKE RULE 35 REPORTS

---

On August 30, 2006,  the defendant, James T. Duke, Inc. Filed a motion to strike reports of medical evaluations done by Dr. Peter Christian Schutz and Dr. Garethe Shemesh for failure to comply with the notice requirements of Fed.R.Civ.P. 35.  The plaintiffs' filed their response on September 6, 2006.  The motion must be denied because Rule 35 has no applicability to medical evaluations of the plaintiffs done at the request of their own counsel.  It is not clear why the defendant filed the motion because the reports are not admissible in evidence and Dr. Schutz is the witness who is to testify and his testimony is to be recorded by a videotape deposition, as directed by the court at the pretrial conference.  It is that testimony that may be received in evidence, not a written report.  It is

        ORDERED that the defendant's motion is denied.
.

        Dated: September 13th , 2006

                        BY THE COURT:

                        s/ Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge