IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04CV1441-RPM-BNB

GOTTFRIED BLAIMSCHEIN and IRMGARD BLAIMSCHEIN

Plaintiffs,

v.

BRANDON J. MUSSER and JAMES T. DUKE, INC.

Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel, hereby request an Order dismissing all claims against Defendant Brandon J. Musseer with prejudice, the parties to pay their own costs and attorneys' fees.

Dated: September 26th, 2006

BY THE COURT

Richard P. Matsch

_____

Senior Judge