IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01441-RPM

GOTTFRIED BLAIMSCHEIN and
IRMGARD BLAIMSCHEIN,

        Plaintiffs,

v.

JAMES T. DUKE, INC.,

        Defendants.

---

ORDER RESCHEDULING TRIAL

---

    Due to a conflict on the Court's calendar, it is

    ORDERED that the October 30, 2006, trial date is vacated and the trial to jury is **rescheduled for June 11, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.**

    Dated: October 17th, 2006

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge