IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-01441-RPM

GOTTFRIED BLAIMSCHEIN and
IRMGARD BLAIMSCHEIN,

        Plaintiffs,

v.

JAMES T. DUKE, INC.,

        Defendant.

## ORDER OR DISMISSAL

Pursuant to the Stipulated Motion to Dismiss with Prejudice (Doc. #46), filed on June 8, 2007, it is

ORDERED that all claims against defendant James T. Duke, Inc., are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

Dated: June 11th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge